UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22008-CIV-JORDAN

| | |
|---|---|
| ALEJANDRO FERNANDEZ, | ) |
|     Plaintiff | ) ) |
| vs. | ) ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) ) ) |
|     Defendants | ) ) |

**ORDER ON MOTION TO APPEAR PRO HAC VICE**

Franklin Cosmen's motion for the pro hac vice admission of Erik Grohmann [D.E. 56] is DENIED WITHOUT PREJUDICE for failing to file a certificate of good standing. Should Mr. Cosmen wish to renew his motion, he shall include a certificate of good standing from the jurisdiction within which Mr. Grohmann is certified to practice law.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of March, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record