UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22008-CIV-JORDAN

| | |
|---|---|
| ALEJANDRO FERNANDEZ,       Plaintiff, vs. EQUIFAX INFORMATION SERVICES, LLC,       Defendant. | ) ) ) ) ) ) ) ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO GE MERCHANT BANK**

Pursuant to the parties' joint stipulation [D.E. 63], Mr. Fernandez's claims against GE Merchant Bank only are DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

DONE and ORDERED in chambers in Miami, Florida, this 6th day of May, 2008.

_____
Adalberto Jordán
United States District Judge

Copy to:     All counsel of record