UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22008-CIV-JORDAN

ALEJANDRO FERNANDEZ                    )
                                       )
                    Plaintiff          )
                                       )
vs.                                    )
                                       )
EQUIFAX INFORMATION SERVICES,          )
LLC                                    )
                                       )
                    Defendants         )
_____ )

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND CLOSING CASE

This case is DISMISSED WITHOUT PREJUDICE for lack of prosecution in light of the parties'
failure to appear for calendar call at 9:00 a.m. on July 1, 2008, and to file their pre-trial stipulation
and jury instructions due on June 16, 2008.  *See Link v. Wabash R.R. Co.*,  370 U.S. 626, 632-33
(1962) (federal court has authority to dismiss a case due to failure to prosecute, including failure to
appear for pre-trial conference).

This case is closed.

DONE and ORDERED in chambers in Miami, Florida, this 2nd day of July, 2008.


_____
Adalberto Jordan
United States District Judge


Copy to:        All counsel of record